

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-17-00334-CV

Louis **DORFMAN,** K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc.,
Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz,
Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman,
Individually and as Independent Executor of the Estate of Sam Y. Dorfman,
Appellants

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC
and Shirley Wiatrek (Cross-Appellants),
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On March 20, 2018, we granted the parties' Agreed Motion to Abate Appeal pending finalization of the parties' settlement agreement. On May 7, 2018, appellants filed an unopposed motion to extend the abatement for sixty days, which we granted. We ordered appellants to file a motion requesting an appropriate disposition of this appeal by July 23, 2018. Appellants have not filed such a motion.

Therefore, we order the parties to file, on or before **August 16, 2018,** a response in this court addressing whether the abatement should be lifted and the appeal reinstated on the docket of this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court